## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE:  WILLIAM & DORIS ETHERIDGE | CASE NO:  19-11305 |
| DEBTORS | CHAPTER 13 |

## APPLICATION FOR EMPLOYMENT OF ATTORNEY

**COMES NOW**, William L. Fava, Attorney for the Chapter 7 Trustee for the Estate of the above named Debtors and files this application for the appointment of Daniel V. Parish with the law firm of Wolff Ardis, P.C., Jaime D. Jackson with the law firm of Atlee Hall, LLP, and J. Kizer Jones, attorney at law, as attorney for the Trustee, and in support thereof states as follows:

1.      That in order to facilitate his duties as Trustee, it is necessary for the Trustee to employ counsel for the pursuit of claims against World Marketing of America, Inc., a/k/a Kozy-World related to the wrongful death of Doris Jean Etheridge.

2.      Any recovery shall be paid directly to the Trustee for disbursement as approved by this Court upon proper application.

3.      The attorneys listed herein are fully competent to advise the Trustee on all matters which are now anticipated to arise in the functioning of this proceeding and protect and preserve all rights of the Trustee and the debtors' estate.

4.      That the attorneys represent no interest adverse to the estate, and their employment would be in the best interest of this estate.  To the best of their knowledge, they have no connections with the Debtors, Creditors, or any other

Parties-in-Interest, their respective attorneys and accountants, the United States

Trustee or any person employed in the Office of the United States Trustee, except

that they were previously retained by debtor William Scott Etheridge related to

these claims.

5.    The attorneys will accept only such compensation as this Court

deems just and fair upon application being made with this Court.

**WHEREFORE,** the undersigned requests that he be authorized to employ

and appoint Daniel V. Parish with the law firm of Wolff Ardis, P.C., Jaime D.

Jackson with the law firm of Atlee Hall, LLP, and J. Kizer Jones, attorney at law,

as attorneys for the Trustee with compensation to be fixed by the Court, after

proper application therefor.

**RESPECTFULLY** submitted, this the 30th day of August, 2019.

_____/s/William L. Fava_____
WILLIAM L. FAVA (MSB# 101348)
Chapter 7 Trustee and Attorney at Law

P.O. Box 783
Southaven, MS  38671
(662) 536-1116

## CERTIFICATE OF SERVICE

I, William L. Fava, Chapter 7 Trustee, do hereby certify that I have this day mailed a true and correct copy of the above Application to Employ to the following:

U.S. Trustee
Via ECF at USTPRegion05.AB.ECF@usdoj.gov

All Parties on Matrix

DATED:  August 30, 2019

___/s/William L. Fava_____
WILLIAM L. FAVA
Chapter 7 Trustee

P.O. Box 783
Southaven, MS  38671
(662) 536-1116