# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE: WILLIAM & DORIS ETHERIDGE**　　　　　**CASE NO: 19-11305**
　　　　　　**DEBTORS**　　　　　　　　　　　　　　　　**CHAPTER 7**

## MOTION TO APPROVE COMPROMISE

**COMES NOW**, William L. Fava, Attorney for the Chapter 7 Trustee (the "Trustee") for the Estate of the above-named debtors and files this application pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and states as follows:

1.　This case commenced on March 26, 2019, when the debtors filed a voluntary petition with the Clerk of this Court.

2.　On February 3, 2021, the debtors filed their Schedule A/B but did not list a pending personal injury claim (the "Claim") in which they had already hired legal counsel to pursue. However, the Trustee discovered this unlisted asset. Any interest in the Claim is property of the bankruptcy estate pursuant to 11 U.S.C. § 541.

3.　The Claim is a lawsuit filed on behalf of William Scott Etheridge, individually and as administrator of the estate of Doris Jean Etheridge as the injuries caused by the defendant ultimately resulted in the death of Doris Jean Etheridge. This Court entered an Order Granting Application for Employment of Attorneys on October 2, 2019, where the Court allowed the Trustee to retain counsel to pursue the Claim.

4.　Since that time the attorneys for the Trustee have been litigating this

matter and, as a result of their efforts, an offer was made to settle the Claim for a total of $550,000.00.

    5.    This settlement is reasonable. The ultimate distribution of funds will be the subject of other pleadings to be filed with this Court.

    6.    This settlement will result in all claims being paid in full and a substantial amount remaining that will be paid to the debtor.

**WHEREFORE,** the undersigned requests that this Court approve the settlement of the Claim for $550,000.00.

**RESPECTFULLY** submitted, this the 1st day of April, 2022.

                                                /s/William L. Fava
                                               WILLIAM L. FAVA (MSB# 101348)
                                               Attorney for the Chapter 7 Trustee

P.O. Box 783
Southaven, MS  38671
(662) 536-1116

## CERTIFICATE OF SERVICE

I, William L. Fava, Chapter 7 Trustee, do hereby certify that I have this day mailed a true and correct copy of the above Application to Approve Compromise to the following:

U.S. Trustee
Via ECF at USTPRegion05.AB.ECF@usdoj.gov

Karen Schneller – Attorney for debtors
Via ECF

All parties on the attached matrix

DATED:

                                                  /s/William L. Fava
                                                WILLIAM L. FAVA
                                                Attorney for the Chapter 7 Trustee

P.O. Box 783
Southaven, MS  38671
(662) 536-1116